AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

DIRECTV, Inc.

V.

James Nixon

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 - 12405 RCL

TO: (Name and address of Defendant)

James Nixon
848 Montello Street
Apt. 2
Brockton, MA 02301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE NOV 12 2004

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
*Plymouth, ss.*

December 1, 2004

I hereby certify and return that on 11/24/2004 at 12:00PM I served a true and attested copy of the summons, complaint, civil action cover sheet, corporate disclosure and attachment in this action in the following manner: To wit, by delivering in hand to James Nixon at , 848 Montello Street, Apt 2 Brockton, MA 02301. Attest (1 copy) ($5.00), P&H (no mailing) ($1.00), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($12.80) Total Charges $50.30

Deputy Sheriff Robert M. Bethoney

*Deputy Sheriff*

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.