**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **04-12405 RCL** |
| ) | |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S REQUEST** |
| vs. ) | **FOR ENTRY OF DEFAULT** |
| ) | |
| **James Nixon** ) | |
| ) | |
| Defendant ) | |

   Plaintiff, DIRECTV, Inc ("DIRECTV"), by and through its undersigned attorney, pursuant to provisions of Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of this United States District Court to enter a notice of default against defendant, **James Nixon**, for his failure to plead or otherwise defend the action brought by DIRECTV as appears from the attached affidavit.


1/13/05                                              /s/ John M. McLaughlin

Date                                                 John M. McLaughlin (BBO: 556328)
                                                     **Green, Miles, Lipton & Fitz-Gibbon**
                                                     P.O. Box 210
                                                     77 Pleasant Street, Northampton, MA 01061-0210
                                                     Phone 413-586-8218
                                                     Direct line 413-586-0865
                                                     Fax  413-584-6278

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 13th day of January, 2005, a copy of the foregoing Request for the Entry of Default, the Affidavit in Support thereof and a proposed order were mailed first class to:

James Nixon
848 Montello St. Apt. #2
Brockton, MA 02301

        /s/ John M. McLaughlin
        John M. McLaughlin, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **04-12405 RCL** |
| ) | |
| Plaintiff ) | **AFFIDAVIT OF ATTORNEY FOR** |
| ) | **PLAINTIFF'S REQUEST FOR DEFAULT** |
| vs. ) | |
| ) | |
| **James Nixon** ) | |
| ) | |
| Defendant ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On November 12, 2004, the Plaintiff filed a Complaint against the Defendant, **James Nixon**, in United States District Court, alleging violations of 47 U.S.C. § 605 and violations of 18 U.S.C § 2511.

2. On November 24, 2004, the said Defendant was served by leaving the pertinent documentation at the **last and usual** place of abode of the Defendant by a person who is not a party to this action (see copy of Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. The Defendant called my office and left a message. I have called the Defendant back and left a message but have not heard anything back from him.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint.

5. I have filed herewith a Request for Entry of Default, seeking that a Notice of Default be entered by this Court.

      6.      I have also filed herewith Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury.

                                    Respectfully Submitted for the Plaintiff,
                                    DIRECTV, INC.
                                    By Its Attorney,

| | |
|---|---|
| 1/13/05 | /s/ John M. McLaughlin |
| Date | John M. McLaughlin (BBO: 556328) |
| | **Green Miles Lipton & Fitz-Gibbon** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | (413) 586-0865 |

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

DIRECTV, Inc.

V.

James Nixon

SUMMONS IN A CIVIL CASE

04 - 12405 RCL

CASE NUMBER:

TO: (Name and address of Defendant)

James Nixon
848 Montello Street
Apt. 2
Brockton, MA 02301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

NOV 12 2004

CLERK

(By) DEPUTY CLERK

DATE

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
*Plymouth, ss.*

December 1, 2004

I hereby certify and return that on 11/24/2004 at 12:00PM I served a true and attested copy of the summons, complaint, civil action cover sheet, corporate disclosure and attachment in this action in the following manner: To wit, by delivering in hand to James Nixon at, 848 Montello Street, Apt 2 Brockton, MA 02301. Attest (1 copy) ($5.00), P&H (no mailing) ($1.00), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($12.80) Total Charges $50.30

Deputy Sheriff Robert M. Bethoney                                      **Deputy Sheriff**

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **04-12405 RCL** |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER FOR NOTICE OF REQUEST** |
| vs. ) | **FOR DEFAULT** |
| ) | |
| **James Nixon** ) | |
| ) | |
| Defendant ) | |

    Upon requests of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _____ day of _____, _____.

BY THE COURT

_____
Deputy Clerk