UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DIRECTV, INC.**

**V.**                    **CIVIL ACTION NO. 04-12405-RCL**

**JAMES NIXON**

## NOTICE OF DEFAULT

Upon application of the plaintiff, **DIRECTV, Inc.**, for order of Default for failure of the defendant, **James Nixon** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 2nd day of February, 2005.

TONY ANASTAS, CLERK

By:/s/ Lisa M. Hourihan
February 2, 2005                        Deputy Clerk