UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


**DIRECTV, INC.,**
    **Plaintiff**

**V.**                              **CIVIL ACTION NO. 04-12405-RCL**

**JAMES NIXON,**
    **Defendant**


### PROCEDURAL ORDER ON DEFAULT

**LINDSAY, D.J.**

On <u>February 2, 2005</u>, notice(s) of default was/were issued as to defendant(s) <u>James Nixon</u> pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default (including a proposed form of judgment by default), it shall do so on or before <u>March 4, 2005</u>. Failure to do so may result in dismissal.


February 17, 2005                    By the Court,


                                        <u>/s/ Lisa M. Hourihan</u>

                                        Deputy Clerk